# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL JEROME SMITH,
                        Appellant,
                vs.
THE STATE OF NEVADA,
                        Respondent.

No. 76787

FILED

MAR 21 2019

ELI___ A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

19-12709

cc:    Hon. Jerome M. Polaha, District Judge
        Tanner Law & Strategy Group, Ltd.
        Attorney General/Carson City
        Michael Jerome Smith
        Washoe County District Attorney
        Washoe District Court Clerk